The following case in which the Court of Appeals issued a published opinion has been appealed to the Supreme Court:

1. Deante Lamar Payne
   v. Commonwealth of Virginia
   Record No. 1044-13-3
   Opinion rendered by Judge AtLee on
   September 8, 2015

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1.  Preston McKellar
     v. Northrop Grumman Shipbuilding, Inc., et al.
    Record No. 2231-13-1
     Opinion rendered by Chief Judge Huff
       on May 27, 2014
    Judgment of Court of Appeals reversed and matter remanded to this Court for remand to
      Commission to reinstate deputy commissioner's award of compensation by opinion
      rendered on October 29, 2104 (140999)

2.  Ronald Taft Davis, III
     v. Commonwealth of Virginia
    Record No. 1873-12-2
     En banc order rendered by Judge Petty
       on October 21, 2014
    Judgment of Court of Appeals affirmed and matter remanded to this Court for
      remand to trial court to correct record by opinion rendered on October 29, 2015
    (141674)

On October 29, 2015 the Supreme Court issued an opinion in the following case, which had been appealed from this Court:

1. Cameron Frazier Bowman
   v. Commonwealth of Virgina
   Record No. 1880-13-1
   CAV petition for appeal denied by Senior Judge Annunziata on July 18, 2014 and by Judges Humphreys, McCullough and Senior Judge Bumgardner on October 31, 2014
   Judgment of Court of Appeals reversed and final judgment entered reversing appellant's conviction
   (141737)